**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS**

IN RE

**OVIDIU ASTALUS, Debtor**

**CASE NO. 25-14054**

**CHAPTER 7**

**Judge Donald Cassling**

## MOTION TO EXTEND TIME TO FILE OBJECTIONS TO CLAIMED EXEMPTIONS

COMES NOW Locite Smith, Barbara Jean McGhee, Brian Williams, Kanesha Smith, Trevonte Neville, Tamal Miller, Michael Cray, Michelle Ayala, Charidy Young, Donald Lorick, Amed Estevez, Hassan Malin, Winchell Nelson, Leonel Torres, Mark Anthony Turner, Daquarion Flowers, Joseph Board Jr., Decorrian Bynes, Christopher Cobb, Yohoshua Cohen, Tyron Davis Jr., Carlos Roman, Juan Carlos Cruz Nieves, Jovan Jones, Shea Jackson, Kerlon Epps, Lin Fields, Arnold Farmer, Janice Anderson, John McKinney, Miguel Mendez, Kevin Howard, Demetrius Hunt, Demetrius Jurineack, Fletcher Lewis, Dwayne Lucious, Montelle Magee, Jayda McCullum, Edeline Meide, Larry Patterson, Christian Perez, Herby Sylvestre, Marco Turani, Ira Haymer, Trevon Wilson, Torrance Jones, Yeshaya Heman, Dimitrius Hayward, Marco Kelly, Christian Soto, Ariel Castillo, Brian Gonsalez, Stanley Morrison, Sinamen Turner-Watson, Kelley Archer, Michael Granville, Demauro Turner, Andre Turner, Michael Smith, Antonio Esteireiro, Kendrell Smith, Laqueisha Jones, Tyshun King, Ramon Ortega, Denis Vergara, Tyriq Spencer, Regual Gutierrez, Kenneth Jackson, Michael Boykins, Eric Henley, Abner Haynes, Will Jean, Jaylen Hargrove, Otis James, Hollie Nealy, Hasan Ozcelik, Michael Rodriguez, David Ruiz, Argelio Zamora, Salonika Collier, Lawrence Curry, Jamaal Gist, Grant Moffett, Dustin Shinnefield,

**MOTION TO EXTEND TIME TO FILE OBJECTIONS TO CLAIMED EXEMPTIONS**      1

Ronald Reese, Keavyn Price, Jessica Ryder, Luther Johnson, Charles Morgan, Omar Abdijabar ("Employee Movants") by and through counsel, Pursuant to **11 U.S.C. § 522(l),** the Employee Creditors seek an extension of time to file objections to claimed exemptions until **December 10, 2025**. There is good cause for this request because Employee Creditors are gathering information for the Trustee. They have been diligent in investigating facts and Debtor has failed to provide information from which Employee Creditors may assess exemptions. Good cause further exists because Employee Creditors suspect Debtor of non-disclosure or misrepresentation of property.

DATED: November 5, 2025

**RAFII & ASSOCIATES, P.C.**

/s/ Rachel Mariner_____
Rachel Mariner
*Attorney for Movants*

**MOTION TO EXTEND TIME TO FILE OBJECTIONS TO CLAIMED EXEMPTIONS**    2