**EXHIBIT 3**

## STATE OF ILLINOIS
### CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1GRAA0627HB700789 | 2017 | GREAT DANE | VAN | SEMI TLR | 19177697480 |

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/26/19 | | | | 05/29/18 USED | ORIGINAL |

**MAILING ADDRESS**

LEGEND(S)
MILEAGE NOT REQUIRED

OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE IL 60053-2707

**OWNER(S) NAME AND ADDRESS**

OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE IL 60053-2707

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

By _____ Firm Name _____ Signature of Authorized Agent _____ Date _____

By _____ Firm Name _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT.** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: PNC Equipment Finance LLC   Address: 995 Dalton Ave Cincinnati OH 45203

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

Crown Point Truck & Trailer Sales Inc   7860 Lehigh Ave Morton Grove, IL 60053

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application."

ODOMETER READING: NO TENTHS

Signature(s) of Seller(s): _____

Printed Name(s) of Seller(s): OASK Finance LLC

DATE OF SALE: 08/01/2019

I am aware of the above odometer certification made by seller.

Signature(s) of Buyer(s): Treece   Printed Name: Julia Treece

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.

IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO. R2291764

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser: Go Logistics Inc  
Street: 8101 W Courtle Dr #511  
City: Niles  
State: IL  
Zip: 60714

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: [NO TENTHS]
- [ ] 1. The mileage stated is in excess of its mechanical limits.
- [ ] 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 01/15/19  
Dealer's Name: Crown Point Truck & Trailer Sales Inc  
Dealer No.: 7860

Agent's Signature: Treece  
Printed Name: Julia Treece

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: Astalus  
Printed Name: Ovidiu Astalus

## SECOND REASSIGNMENT DEALER ONLY

[blank]

## THIRD REASSIGNMENT DEALER ONLY

[blank]

## FOURTH REASSIGNMENT DEALER ONLY

[blank]

## LAST REASSIGNMENT DEALER ONLY

[blank]

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

VSD 40.24

# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1UYVS25358M311024 | 2008 | UTILITY TRLR | VAN | TRAILER | 19186691467 |

1UYVS25358M311024

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 07/05/19 | | | | 05/16/19 USED | CORRECTED |

**MAILING ADDRESS**

OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE  IL  60053-2707

**LEGEND(S)**
MILEAGE NOT REQUIRED

**OWNER(S) NAME AND ADDRESS**
OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE  IL  60053-2707

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

By _____  Firm Name _____  Signature of Authorized Agent _____  Date _____

By _____  Firm Name _____  Signature of Authorized Agent _____  Date _____

**NEW LIEN ASSIGNMENT**: The information below must be on an application for title and presented to the Secretary of State.

Secured Party: PNC Equipment Finance LLC    Address: 995 Dalton Ave Cincinnati, OH 45203

► Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:
Crown Point Truck & Trailer Sales Inc  7860 Lehigh Ave Morton Grove, IL 60053

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. **WARNING-ODOMETER DISCREPANCY.**

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application.

Signature(s) of Seller(s): _____
Printed Name(s) of Seller(s): OASK Finance LLC
DATE OF SALE: 08/01/2019

I am aware of the above odometer certification made by seller
Signature(s) of Buyer(s): Treece
Printed Name: Julia Treece

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO. R2354609

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

**Name of Purchaser:** Go Logistics Inc  **Street:** 8101 W Courte Dr #511  **City:** Niles  **State:** IL  **Zip:** 60714

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING:** [NO TENTHS]
**Date of Sale:** 08/15/19
**Dealer's Name:** Crown Point Truck & Trailer Sales Inc
**Dealer No.:** 7860
**Agent's Signature:** Treece  **Printed Name:** Julia Treece

I am aware of the above odometer certification made by the seller/agent.
**Signature of Buyer/Agent:** Astalus  **Printed Name:** Ovidiu Astalus

## SECOND REASSIGNMENT — DEALER ONLY

(blank)

## THIRD REASSIGNMENT — DEALER ONLY

(blank)

## FOURTH REASSIGNMENT — DEALER ONLY

(blank)

## LAST REASSIGNMENT — DEALER ONLY

(blank)

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.24

# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1DW1A5320JBA02670 | 2018 | STOUGHTON | Z PLATE | TRAILER | 19154692865 |

1DW1A5320JBA02670

| DATE ISSUED | ODOMETER | CGM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/03/19 | | | | 05/14/19 USED | ORIGINAL |

**MAILING ADDRESS**

OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE IL 60053-2707

**LEGEND(S)**
MILEAGE NOT REQUIRED

**OWNER'S NAME AND ADDRESS**
OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE IL 60053-2707

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____
Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT**
Secured Party: PWC Equipment Finance LLC   Address: 995 Dalton Ave Cincinnati OH 45203

**ASSIGNMENT OF TITLE**
Transferred to: Crown Point Truck & Trailer Sales Inc  7860 Lehigh Ave Morton Grove IL 60053

ODOMETER READING: NO TENTHS
☑ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

Signature(s) of Seller(s): _____
Printed Name(s) of Seller(s): Oask Finance LLC
DATE OF SALE: 08/19/2019
Signature(s) of Buyer(s): Reese
Printed Name: Julia Reese

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above-named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO. R2128547

*Jesse White*, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT — DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser: **Go Logistics Inc**  Street: **8101 W Courte Dr #511**  City: **Niles**  State: **IL**  Zip: **60714**

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- [ ] 1. The mileage stated is in excess of its mechanical limits.
- [ ] 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING: [NO TENTHS]

Date of Sale: **08/15/2019**  Dealer's Name: **Crown Point Truck & Trailer Sales Inc**  Dealer No.: **7860**

Agent's Signature: *Treece*  Printed Name: **Julia Treece**

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: *Astalus*  Printed Name: **Ovidiu Astalus**

**SECOND REASSIGNMENT — DEALER ONLY**

[blank]

**THIRD REASSIGNMENT — DEALER ONLY**

[blank]

**FOURTH REASSIGNMENT — DEALER ONLY**

[blank]

**LAST REASSIGNMENT — DEALER ONLY**

[blank]

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

VSD 40.24

# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1UYVS2532J3224824 | 2018 | UTILITY | DRY VAN | TRAILER | 19164692017 |

1UYVS2532J3224824

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/13/19 | | | | 05/23/19 USED | ORIGINAL |

**MAILING ADDRESS**

OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE  IL  60053-2707

**LEGEND(S)**
MILEAGE NOT REQUIRED

**OWNER(S) NAME AND ADDRESS**

OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE  IL  60053-2707

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

VOID

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____
Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: PNC Equipment Finance LLC    Address: 995 Dalton Ave  Cincinnati, OH 45203

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

Crown Point Truck & Trailer Sales Inc  7860 Lehigh Ave  Morton Grove, IL 60053

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.  WARNING-ODOMETER DISCREPANCY.

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application."

Signature(s) of Seller(s): _____
Printed Name(s) of Seller(s): OASK Finance LLC
DATE OF SALE: 08/01/2019

I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s): Treece    Printed Name: Julia Treece

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.

IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO. R2209513

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

**Name of Purchaser:** Go Logistics Inc  
**Street:** 8101 W Courte Dr #511  
**City:** Niles  **State:** IL  **Zip:** 60714

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING: [NO TENTHS]

**Date of Sale:** 08/15/19  
**Dealer's Name:** Crown Point Truck & Trailer Sales Inc  
**Dealer No.:** 7860

**Agent's Signature:** Treece  
**Printed Name:** Julia Treece

I am aware of the above odometer certification made by the seller/agent.

**Signature of Buyer/Agent:** Astalus  
**Printed Name:** Ovidiu Astalus

## SECOND REASSIGNMENT — DEALER ONLY

(blank)

## THIRD REASSIGNMENT — DEALER ONLY

(blank)

## FOURTH REASSIGNMENT — DEALER ONLY

(blank)

## LAST REASSIGNMENT — DEALER ONLY

(blank)

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.24

## STATE OF ILLINOIS

### CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1DW1A5320KBA21012 | 2019 | STOUGHTON | | SEMI TLR | 19156700659 |

1DW1A5320KBA21012

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/05/19 | | | | 05/20/19 USED | ORIGINAL |

**MAILING ADDRESS**

OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE IL 60053-2707

**LEGEND(S)**
MILEAGE NOT REQUIRED

**OWNER(S) NAME AND ADDRESS**
OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE IL 60053-2707

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____
Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: PNC Equipment Finance LLC    Address: 995 Dalton Ave Cincinnati OH 45203

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address: Crown Point Truck & Trailer Sales Inc 7860 Lehigh Ave Morton Grove, IL 60053

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application.

Signature(s) of Seller(s) _____
Printed Name(s) of Seller(s): OASK Finance LLC      DATE OF SALE: 08/01/2019
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s): Fleece      Printed Name: Julia Fleece

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO. R2148605

*Jesse White*, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

**Name of Purchaser:** Go Logistics Inc
**Street:** 8101 W Courte Dr #511
**City:** Niles
**State:** IL
**Zip:** 60714

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- ODOMETER READING: [NO TENTHS]
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**Date of Sale:** 08/15/19
**Dealer's Name:** Crown Point Truck & Trailer Sales Inc
**Dealer No.:** 7860
**Agent's Signature:** Treece
**Printed Name:** Julia Treece

I am aware of the above odometer certification made by the seller/agent.
**Signature of Buyer/Agent:** Astalus
**Printed Name:** Ovidiu Astalus

## SECOND REASSIGNMENT — DEALER ONLY

*(blank)*

## THIRD REASSIGNMENT — DEALER ONLY

*(blank)*

## FOURTH REASSIGNMENT — DEALER ONLY

*(blank)*

## LAST REASSIGNMENT — DEALER ONLY

*(blank)*

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.24

# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1UYVS2535AU891834 | 2010 | COMM | UNKNOWN | SEMI TLR | 19154693582 |

1UYVS2535AU891834

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/03/19 | | | | 05/16/19 USED | ORIGINAL |

MAILING ADDRESS

OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE IL 60053-2707

LEGEND(S)
MILEAGE NOT REQUIRED

OWNER(S) NAME AND ADDRESS
OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE IL 60053-2707

FIRST LIENHOLDER NAME AND ADDRESS

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____
Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: PNC Equipment Finance LLC   Address: 995 Dalton Ave Cincinnati OH 45203

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

Crown Point Truck & Trailer Sales Inc    7860 Lehigh Ave Morton Grove, IL 60053

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

ODOMETER READING: NO TENTHS

Signature(s) of Seller(s): _____
Printed Name(s) of Seller(s): OASK Finance LLC
DATE OF SALE: 08/01/2019

Signature(s) of Buyer(s): Treece
Printed Name: Julia Treece

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application.*

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO: R2128549

Jesse White
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

Name of Purchaser: **Go Logistics Inc**   Street: **8101 W Courte Dr #511**   City: **Niles**   State: **IL**   Zip: **60714**

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- [ ] 1. The mileage stated is in excess of its mechanical limits.
- [ ] 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING: (NO TENTHS)

Date of Sale: **08/15/2019**   Dealer's Name: **Crown Point Truck & Trailer Sales Inc**   Dealer No.: **7860**

Agent's Signature: **Treece**   Printed Name: **Julia Treece**

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: **Astalus**   Printed Name: **Ovidiu Astalus**

## SECOND REASSIGNMENT — DEALER ONLY

[blank]

## THIRD REASSIGNMENT — DEALER ONLY

[blank]

## FOURTH REASSIGNMENT — DEALER ONLY

[blank]

## LAST REASSIGNMENT — DEALER ONLY

[blank]

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

VSD 40.24

# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1GRAP0627HD468262 | 2017 | GREAT DANE | TL | TRAILER | 19154693587 |

1GRAP0627HD468262

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/03/19 | | | | 05/16/19 USED | ORIGINAL |

**MAILING ADDRESS**

OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE IL 60053-2707

**LEGEND(S)**
MILEAGE NOT REQUIRED

**OWNER(S) NAME AND ADDRESS**
OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE IL 60053-2707

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____
Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: PNC Equipment Finance LLC    Address: 995 Dalton Ave Cincinnati OH 45203

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:
Crown Point Truck & Trailer Sales Inc    7860 Lehigh Ave Morton Grove, IL 60053

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: NO TENTHS
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application.

Signature(s) of Seller(s): _____
Printed Name(s) of Seller(s): OASK Finance LLC
DATE OF SALE: 08/01/2019
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s): Treece    Printed Name: Julia Treece

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any.
IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO. R2128550

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

**Name of Purchaser:** Go Logistics Inc  **Street:** 8101 W Courte Dr #511  **City:** Niles  **State:** IL  **Zip:** 60714

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING [NO TENTHS]
1. The mileage stated is in excess of its mechanical limits.
2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**Date of Sale:** 08/15/2019  **Dealer's Name:** Crown Point Truck & Trailer Sales Inc  **Dealer No.:** 7860

**Agent's Signature:** Treece  **Printed Name:** Julia Treece

I am aware of the above odometer certification made by the seller/agent.

**Signature of Buyer/Agent:** Astalus  **Printed Name:** Ovidiu Astalus

## SECOND REASSIGNMENT DEALER ONLY

[blank]

## THIRD REASSIGNMENT DEALER ONLY

[blank]

## FOURTH REASSIGNMENT DEALER ONLY

[blank]

## LAST REASSIGNMENT DEALER ONLY

[blank]

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

VSD 40.24

## STATE OF ILLINOIS
### CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1UYVS2537FG241702 | 2015 | UTILITY TRLR | DRYVAN | TRAILER | 19184699454 |

1UYVS2537FG241702

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 07/03/19 | | | | 06/02/19 USED | ORIGINAL |

**MAILING ADDRESS**

OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE  IL  60053-2707

**LEGEND(S)**
MILEAGE NOT REQUIRED

**OWNER(S) NAME AND ADDRESS**
OASK FINANCE LLC
7860 LEHIGH AVE
MORTON GROVE  IL  60053-2707

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

VOID VOID VOID

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT** The information below must be on an application for title and presented to the Secretary of State.

Secured Party: PNC Equipment Finance LLC   Address: 995 Dalton Ave Cincinnati, OH 45203

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

Crown Point Truck & Trailer Sales Inc
PNC Equipment Finance LLC  7860 Lehigh Ave Morton Grove, IL 60053

ODOMETER READING: NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY.

*If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application.

Signature(s) of Seller(s): _____
Printed Name(s) of Seller(s): OASK Finance LLC
DATE OF SALE: 08/01/2019

Signature(s) of Buyer(s): Treece
Printed Name: Julia Treece

I Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD

CONTROL NO. R2343442

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT — DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address:

**Name of Purchaser:** Go Logistics Inc   **Street:** 8101 W Courte Dr #511   **City:** Niles   **State:** IL   **Zip:** 60714

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
- ☐ 1. The mileage stated is in excess of its mechanical limits.
- ☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING: [NO TENTHS]

**Date of Sale:** 08/15/19   **Dealer's Name:** Crown Point Truck & Trailer Sales Inc   **Dealer No.:** 7860

**Agent's Signature:** Treece   **Printed Name:** Julia Treece

I am aware of the above odometer certification made by the seller/agent.

**Signature of Buyer/Agent:** Astalus   **Printed Name:** Ovidiu Astalus

## SECOND REASSIGNMENT — DEALER ONLY

*(blank)*

## THIRD REASSIGNMENT — DEALER ONLY

*(blank)*

## FOURTH REASSIGNMENT — DEALER ONLY

*(blank)*

## LAST REASSIGNMENT — DEALER ONLY

*(blank)*

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.24



# Secretary of State
## Affirmation of Correction

This space for use by Secretary of State.

**Secretary of State**
**Vehicle Services Department**
**055 Howlett Bldg.**
**Springfield, IL 62756**
**217-785-3000**
**www.cyberdriveillinois.com**

Changes are necessary to documents that have been completed incorrectly for the following vehicle:

| 2015 | Utility | 1UYVS2537FG241702 | |
|---|---|---|---|
| Year | Make | VIN | Plate # |

Check statement that applies:

☐ 1. I/We release all interest in the License Plate/Vehicle (circle one or both) mentioned above and request that all said interest be transferred to: _____
This release applies to joint ownership only.
(Each person releasing interest must sign in signature area below.)

☐ 2. Seller/Purchaser (circle one or both) signed his/her name(s) in incorrect space.
(Person making statement must sign in signature area below.)

☑ 3. Purchaser changed his/her mind and did not take possession of vehicle.
The vehicle was actually sold to: *Crown Point Truck & Trailer Sales Inc*
(Each seller and incorrect purchaser must sign in signature area below.)

☐ 4. The correct Date of Sale is: _____
The date of _____ was entered in error.
(Each buyer and seller must sign in signature area below.)

☑ 5. The Name of the Purchaser/Seller (circle one or both) was misspelled on the Assignment of Title.
The name is spelled correctly on the application.
(Person making statement must sign in signature area below.)

☐ 6. I state that _____ and _____ are one and the same person.
(Person making statement must sign in signature area below.)

☐ 7. My name was entered in error as the Lienholder on the title document(s).
I do not hold any interest or lien on this vehicle.
(Person making statement must sign in signature area below.)

**NOTE: THIS AFFIRMATION CANNOT BE USED FOR ODOMETER DISCLOSURE OR CORRECTIONS.**
Under penalties of perjury, the undersigned states that the above statements are true and correct and will assume all liability and costs for any litigation that may arise from the issuance of this Certificate of Title.

Signatures

_____  _____
Signature of Seller      Signature of Buyer (*Reece*)

_____  _____
Signature of Co-Seller   Signature of Co-Buyer

08/01/2019              08/01/2019
Date                    Date

Printed by authority of the State of Illinois. February 2016 — 1 — VSD 393.9

# ILLINOIS SECRETARY OF STATE – APPLICATION FOR VEHICLE TRANSACTION(S)

*Application cannot be accepted with alterations (changes) or white-out.*

**1. Type of transaction(s):**
- ☐ Title and Transfer
- ☐ Title and Registration
- ☒ Title Only
- ☐ Duplicate Title
- ☐ Corrected Title
- ☐ Salvage Certificate
- ☐ Junking Certificate
- ☐ Plates Only
- ☐ Sticker Only
- ☐ Transfer Only
- ☐ Corrected ID Card
- ☐ Duplicate ID Card
- ☐ Set of Plates Replacement
- ☐ Sticker Replacement
- ☐ Reclass of License Plates
- ☐ Resale of License Plates
- ☐ Other:

**2. Current Plate Number**

**3. Plate Type Requested**

**4. Exp. Month / Year**

**5. OWNER INFORMATION**
- First / Last: GO LOGISTICS INC / Middle
- First / Last / Middle
- Residence/Business Street Address: 8101 W COURTE DR APT 511
- City: NILES  State: IL  Zip: 60714

Barcode: 6017748013/

**6. Owner 1 DL/FEIN #**
**Owner 2 DL/FEIN #**

**7. VEHICLE INFORMATION**
- Vehicle Identification Number (VIN): 1GRAP0623JJ116920
- VIN Second Stage Info.

**8. Purchase Date:** 08/15/2019   New ☐   Used ☒
- Year: 2018
- Make: GREAT DANE
- Model: VAN
- Body Style: SEMI TLR
- Color: UNK / UNK

**9. Current Odometer Reading (No Tenths):** 000MNR
- ☐ Actual  ☐ Not Actual  ☐ In Excess of Mechanical Limits  ☒ 10 yrs. or older (mileage not required)
- Rebuilt ☐  Flood ☐  Other Branded Title ☐  State ___
- Check if G.V.W.R. Over 16,000 lbs. (odometer reading not required)  Yes ☐
- MCY C.C.  Mobile Home Sq. Ft.  Gross Weight (RV, RT, TRK, BUS, TRLR)
- For Hire ☐   # of Axles   Rental ☐   Leased ☐

**10. Surrender Title Number and State:** #19177697480   State: IL

**11. File Number**

**12. Unit Number**

**13. MAIL TITLE TO** (IF DIFFERENT THAN ABOVE)
- Name
- Street Address
- City / State / ZIP

**14. VEHICLE INSURANCE INFORMATION** (TRAILERS EXEMPT)
- Insurance Company Name (Do not list agent)
- Policy Number
- Expiration Date

**15. FIRST LIENHOLDER**
- Name: PNC EQUIPMENT FINANCE LLC
- Street Address: 995 DALTON AVE
- City: CINCINNATI  State: OH  Zip: 45203

**16. SECOND LIENHOLDER**
- Name
- Street Address
- City / State / ZIP

**17. TRANSFER INFORMATION**
- Year / Make/Model
- VIN

**18. SELLER'S INFORMATION** (INDIVIDUAL OR DEALERSHIP)
- Name: CROWN POINT TRUCK & TRAILER SALE  Dealer #: DL7860
- Street Address: 7860 LEHIGH AVE
- City: MORTON GROVE  State: IL  Zip: 60053

**19. BENEFICIARY**
- Name
- Street Address
- City / State/Country / ZIP

**20. REASON FOR REPLACEMENT PLATES/STICKER**
- ☐ Lost  ☐ Stolen  ☐ Destroyed  ☐ Requesting a Different Number  ☐ Respacing

**21. REASON(S) FOR CORRECTED OR DUPLICATE TITLE**
State all reasons for corrections or duplication.

**22. Daytime Phone Number (optional):** 224-422-2075

**23. Signature(s)**
1.
2.

Your signature on the application authorizes the Secretary of State to lower the amount of your check if the fee submitted is greater than the fee required for mail-in transactions.

I/we hereby affirm that the information is true and correct and, when applicable, will abide by the Mandatory Insurance Law requiring liability insurance throughout the registration period. If applying for a title for a motor vehicle nine years old or newer, I/we also acknowledge awareness of the odometer certification made by the seller.

**24. AUDITOR'S USE ONLY**
- TRP NUMBER
- Tax Form Number: 600810311
- $150.00
- Circle Quarter: 1st  2nd  3rd  4th
- 08/27/2019

OFFICE USE ONLY   Verified by CRT ☐   I.D. ☐   REMITTER/DRIVER SERVICES FACILITY STAMP:

6017748013

*CUSTOMER RECEIPT*   Date: ___

Control #

# ILLINOIS SECRETARY OF STATE – APPLICATION FOR VEHICLE TRANSACTION(S)

*Application cannot be accepted with alterations (changes) or white-out*

**1. Type of transaction(s):**
- ☐ Title and Transfer
- ☐ Title and Registration
- ☒ Title Only
- ☐ Duplicate Title
- ☐ Corrected Title
- ☐ Salvage Certificate
- ☐ Junking Certificate
- ☐ Plates Only
- ☐ Sticker Only
- ☐ Transfer Only
- ☐ Corrected ID Card
- ☐ Duplicate ID Card
- ☐ Set of Plates Replacement
- ☐ Sticker Replacement
- ☐ Reclass of License Plates
- ☐ Resale of License Plates
- ☐ Other:

**2. Current Plate Number:**

**3. Plate Type Requested:**

**4. Exp. Month / Year:**

**5. OWNER INFORMATION**
- Last: GO LOGISTICS INC
- Residence/Business Street Address: 8101 W COURTE DR APT 511
- City: NILES   State: IL   ZIP: 60714

Barcode: 6017748336/

**6. Owner 1 DL/FEIN #:**
**Owner 2 DL/FEIN #:**

**7. VEHICLE INFORMATION**
- VIN: 3H3V532C7GT261044
- **8. Purchase Date:** 08/15/2019   New ☐  Used ☒
- Year: 2016   Make: HYUNDAI   Model: VAN   Body Style:   Color: WHI / WHI
- **9. Current Odometer Reading (No Tenths):** 000MNR
  - ☐ Actual  ☐ Not Actual  ☐ In Excess of Mechanical Limits  ☒ 10 yrs. or older (mileage not required)
- Check if G.V.W.R. Over 16,000 lbs. (odometer reading not required): Yes ☐
- **10. Surrender Title Number and State:** #19186691467   State: IL

**13. MAIL TITLE TO** (IF DIFFERENT THAN ABOVE)

**14. VEHICLE INSURANCE INFORMATION** (TRAILERS EXEMPT)

**15. FIRST LIENHOLDER**
- Name: PNC EQUIPMENT FINANCE LLC
- Street Address: 995 DALTON AVE
- City: CINCINNATI   State: OH   ZIP: 45203

**16. SECOND LIENHOLDER**

**17. TRANSFER INFORMATION**

**18. SELLER'S INFORMATION** (INDIVIDUAL OR DEALERSHIP)
- Name: CROWN POINT TRUCK & TRAILER SALE   Dealer #: DL7860
- Street Address: 7860 LEHIGH AVE
- City: MORTON GROVE   State: IL   ZIP: 60053

**19. BENEFICIARY**

**20. REASON FOR REPLACEMENT PLATES/STICKER**
- ☐ Lost  ☐ Stolen  ☐ Destroyed  ☐ Requesting a Different Number  ☐ Respacing

**21. REASON(S) FOR CORRECTED OR DUPLICATE TITLE**

**22. Daytime Phone Number (optional):** 224-244-2075

**23. Signature(s):**
1.
2.

**24. AUDITOR'S USE ONLY**
- TRP NUMBER:
- Tax Form Number: 600810956
- $150.00
- Circle Quarter: 1st  2nd  3rd  4th

Date: 08/27/2019

OFFICE USE ONLY   Verified by CRT ☐  I.D. ☐   REMITTER/DRIVER SERVICES FACILITY STAMP:

6017748336

**CUSTOMER RECEIPT**   Date: _____

Control #